UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN DAVIS, ET AL., ) | **CV 12-5904- CBM (SPx)** |
| ) | |
| Plaintiff, ) | <u>ORDER</u> RE STIPULATION [JS-6] |
| ) | |
| v. ) | |
| ) | |
| RIVERSIDE COUNTY, ET AL., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Good cause having been shown, the stipulation of the parties is accepted and IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice. All pending hearings are hereby taken off calendar and vacated. This Court retains full jurisdiction over this action and this order shall not prejudice any party to this action.

DATED: March 12, 2014     _____
                                   HON. CONSUELO B. MARSHALL
                                   United States District Judge